# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

FRANCIS F. JOSEPH,
A# 073 035 843,

Petitioner,

v.

WARDEN PIKE COUNTY CORRECTIONAL FACILITY,

Respondent.

CIVIL ACTION NO. 3:26-cv-01570

(SAPORITO, J.)

## ORDER

AND NOW, this 20th day of August, 2026, in light of our contemporaneous order granting a motion to enforce filed by this very same petitioner in his earlier habeas case, *Joseph v. Warden*, No. 3:25-cv-02428, and directing the government to provide this same petitioner with a constitutionally adequate individualized bond hearing before an immigration judge within a specified time period, **IT IS HEREBY ORDERED THAT:**

1. The instant subsequently filed habeas petition (Doc. 1) is **DENIED as moot;**

2. The petitioner's motion to expedite (Doc. 2), motion for a temporary restraining order (Doc. 3), and motion for a bond hearing (Doc.

4) are also **DENIED as moot**; and

3. The clerk is directed to mark this case as **CLOSED**.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge